```
 1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
 2
    UNITED STATES OF AMERICA,)  2:16-cr-00088-LDD-1
 3       Plaintiff,           )  Philadelphia, PA
                              )
 4       V.                   )  April 18, 2016
                              )  1:53 p.m.- 2:37 p.m.
 5  MOHAMMED JABBATEH,        )
         Defendant.           )
 6
                 TRANSCRIPT OF DETENTION ARRAIGNMENT
 7        BEFORE THE HONORABLE TIMOTHY R. RICE
                 UNITED STATES MAGISTRATE JUDGE
 8
    APPEARANCES:
 9  For the Government:       LINWOOD C. WRIGHT, JR., ESQ.
                             U.S. ATTORNEY'S OFFICE
10                            615 Chestnut Street
                             Suite 1250
11                            Philadelphia, PA 19312
                             (215) 861-8512
12                            l.c.wright@usdoj.gov

13  For the Defendant:       GREGORY J. PAGANO, ESQ.
                             GREGORY J. PAGANO PC
14                            1315 Walnut Street, 12th FL
                             Philadelphia, PA  19107
15                            (215) 636-0160
                             gpagano@paganolaw.net
16
    ESR Operator:            Crystal Wardlaw
17  Transcriber:             Erika Newton

18

19          Veritext National Court Reporting Company

20                    Mid-Atlantic Region

21            1801 Market Street  Suite 1800

22                  Philadelphia, PA 19103

23                  1-888-777-66900

24  Proceedings recorded by electronic sound recording; transcript

25  produced by transcription service.
```

1                          I N D E X

2

3                                                    PG

4

5    DEFENDANT ARRAIGNED:                            3

6    ARGUMENT BY MR. WRIGHT:                         4

7    ARGUMENT BY MR. PAGANO:                         19

8    COURT'S RULING:                                 30

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2   (DISCLAIMER:  Unintelligible dialects and witness too close to
 3   microphone noted as "indiscernible")
 4                 (Call to the Order of the Court.)
 5                 THE COURT:  Mr. Jabbateh.  Mr. Pagano.
 6                 MR. PAGANO:  Good afternoon, Your Honor.
 7                 THE COURT:  Good afternoon.
 8                 MR. PAGANO:  May I step back and get my file?
 9                 THE COURT:  Of course.
10                 MR. WRIGHT:  Good afternoon, Your Honor.
11                 THE COURT:  Good afternoon.  All right.  Let's start
12   with the arraignment.  Have you had a chance to review the
13   charges with your client?
14                 MR. PAGANO:  I have, Your Honor.  And we'll waive a
15   formal reading.  Enter a plea of not guilty.
16                 THE COURT:  All right.  We'll have Ms. Settles
17   notify you of the charges, sir.
18                       DEFENDANT ARRAIGNED
19                 THE DEPUTY:  Mohammed Jabbateh.
20                 THE DEFENDANT:  Yes, ma'am.
21                 THE DEPUTY:  You've been charged with Criminal
22   Indictment No. 1688, in violation of 18, U.S.C. Section 1546,
23   fraud in immigration documents.  Those are two two counts.  And
24   two counts of 18, U.S.C., Section 1621, perjury.
25                 How do you plead; guilty or not guilty?
```

Page 4

1                THE DEFENDANT:  Not guilty.

2                THE DEPUTY:  You may be seated.

3                THE COURT:  All right.  I'll accept your not guilty

4   plea.  Who's our judge, Mr. Wright?

5                MR. WRIGHT:  Judge Davis, Legrome Davis.

6                THE COURT:  Judge Davis.  You have 7 days to file a

7   motion, Mr. Pagano, unless you get an extension.

8                MR. PAGANO:  Thank you.

9                THE COURT:  All right.  The Government's move for

10  detention.  This is not a presumption case, correct?

11               MR. WRIGHT:  That is correct, Your Honor.

12               THE COURT:  All right.  How do you want to proceed,

13  Mr. Wright?

14               MR. WRIGHT:  I'd like to proceed by way of proffer,

15  Your Honor, if I may?

16               THE COURT:  All right.  Is that acceptable, Mr.

17  Pagano?

18               MR. PAGANO:  Yes, yes.

19               THE COURT:  Okay.

20                     ARGUMENT BY MR. WRIGHT

21               MR. WRIGHT:  Respectfully, Your Honor, Mr. Mohammed

22  Jabbateh, who is also known was Jungle Jabbah, is a native and a

23  citizen of Liberia.  He is, in fact, here as a result of being

24  the recipient of asylum status which the Government in fact

25  contends he procured by fraud in 1998, Your Honor.  He is, in

1   fact, if he is convicted of the crime against him he faces a

2   maximum penalty of 30 years imprisonment.

3            And I understand that that's not ordinarily what you

4   would get under the guidelines.

5            THE COURT:  Yeah.  What are the guidelines?

6            MR. WRIGHT:  That I don't -- well, with the Court's

7   permission, if I may, Your Honor?

8            THE COURT:  I'm sure Mr. Pagano is going to tell me,

9   so.

10            MR. WRIGHT:  With the Court's indulgence?

11            THE COURT:  Sure.  Take your time.

12            MR. WRIGHT:  Your Honor, arguably, and these are my

13  guideline calculations.  He is a criminal history category 1,

14  with a level 25, which subjects him to 51 to 71 months

15  imprisonment.

16            THE COURT:  Okay.

17            MR. WRIGHT:  But I suggest to the Court that there

18  have been, although not a lot, but there have been other cases

19  of this nature that have been tried around the country or have

20  been resolved from guilty pleas around the country and that

21  district court judges have not been shy about upward departing

22  and upward variances because of the evidentiary basis for the

23  fraud which often includes allegations that have been proven

24  through -- or either admitted to or proven by witnesses of

25  wartime atrocities.

1         THE COURT:  Has he been charged with wartime

2    atrocities?

3         MR. WRIGHT:  He has not been charged with wartime

4    atrocities but the underlying facts of the case which prove the

5    perjury and the fraud and immigration documents are replete with

6    wartime atrocities.  They, in fact, it consists entirely of

7    wartime atrocities that the Government contends that Mr.

8    Jabbateh either personally committed or ordered.

9         THE COURT:  Okay.  So at the trial you're going to

10   introduce evidence to prove those atrocities?

11        MR. WRIGHT:  That is correct, Your Honor.

12        THE COURT:  Okay.

13        MR. WRIGHT:  As a matter of fact, I have had the

14   opportunity to go to Liberia on more than one occasion with

15   Special Agent Gillem (ph) and we have interviewed numerous

16   witnesses who we anticipate will be coming to the United States

17   to testify to those wartime atrocities, Your Honor.

18        THE COURT:  Okay.

19        MR. WRIGHT:  Now with regard to the maximum possible

20   sentence.  It's 30 years imprisonment.  Now he has the status of

21   a recipient of asylum in this country.  There is a very real

22   possibility, on almost a certainty that if he is convicted of

23   perjury and if he is convicted of the fraud immigration

24   documents, that he will be deported.  A detainer has been

25   lodged.  So there is a very real possibility that regardless of

1  whether he is convicted of the charges that the Government has

2  brought against him and a Grand Jury has determined are more

3  probable than not, there is still a very real possibility that

4  he will be deported, Your Honor.

5            THE COURT:  So there's an ICE detainer lodged?

6            MR. WRIGHT:  There is an ICE detainer lodged against

7  him.  And, Your Honor, I suggest to the Court that in light of

8  that, that if his choices are to remain in the United States and

9  face charges and perhaps face a prison sentence and then

10  deportation that it is likely that he will cut out that second

11  step.  And that second step would be --

12            THE COURT:  How could he do that if there's an ICE

13  detainer?

14            MR. WRIGHT:  Well, what I mean --

15            THE COURT:  Let's just assume I would release him

16  today.

17            MR. WRIGHT:  Well he'd go -- he'd have an ICE

18  detainer but not taking into account the ICE detainer.  Just

19  staying --

20            THE COURT:  I see.

21            MR. WRIGHT:  -- that if in fact we have to prove by

22  preponderance of the evidence that he's a risk of flight, it is

23  the Government's position that he may well cut out that second

24  step because he would be a free man in the country that he's a

25  citizen of and he has ties in.  And we'll talk about those ties

1   in a few moments and it is (indiscernible), Your Honor.  And

2   with the Court's permission at this point, I'd also like to

3   adopt the Pretrial Services Report as part of our evidence.

4            THE COURT:  Okay.

5            MR. WRIGHT:  And we'll get to the ties.  And one of

6   the things, Your Honor, that you'll notice about the ties when

7   you get to that section is that he doesn't mention his ties to

8   the continent of Africa.  Not necessarily Liberia.  They may

9   well be in Liberia but he left out several family members who

10  are residing, it's our understanding, they're still residing on

11  the continent of Africa.

12           Now with regard to the strength of the case.  The

13  Government contends that the evidence is strong.  We, in fact,

14  have the immigration officers who initially interviewed Mr.

15  Jabbateh.  We have the forms that he signed.  We have the people

16  who he swore in front of.

17           One of the things that is noticeable with regard to

18  the immigration documents because in the immigration documents

19  he does, in fact, advise the immigration officers that he was a

20  member of a group known as ULIMO and later on ULIMO-K, which was

21  one of the rebel factions that was dying for control of Liberia

22  during Liberia's first Civil War.

23           He admits that but he indicates that during the

24  relevant time period which was 1992 to 1995 or thereabouts that

25  he was assigned to the executive mansion.

1          What he says is that I got trained to the executive

2    mansion, was assigned to the executive mansion in 1992.  And

3    then he says in 1995 there was an interim government and I did

4    X, Y, Z.  Now very tellingly in that form as the evidence is in

5    fact going to show at trial and it's outlined in the indictment

6    to a certain degree, is that he is very -- that he's silent

7    virtually about 1993, '94, and leading into '95.

8          And the Government contends, Your Honor, that that

9    was the time when he was the commander of the Zebra Battalion

10   which was a ULIMO battalion and later on a ULIMO

11   (indiscernible).  May I approach?

12          THE COURT:  Yeah, of course.  Thanks.

13          MR. WRIGHT:  Your Honor, there is a photograph of

14   Mr. Jabbateh when he was the -- a youthful as it says here, a

15   rebel commander.  That was taken in 1993 in Tubmanburg, which

16   was a stronghold of ULIMO.

17          THE COURT:  This is, what one is him?

18          MR. WRIGHT:  He's in the middle, Your Honor.  And if

19   you look at him and you look this, matter of fact, if you look

20   at the crease there is in fact that same scar across his

21   forehead, right below his hairline.  He doesn't have the

22   dreadlocks anymore.  He's put on a few pounds.

23          THE COURT:  Haven't we all?

24          MR. WRIGHT:  As we all have.  And he was, of course,

25   much younger then.  He was a youthful commander but that's Mr.

1    Jabbateh.

2              THE COURT:  Do you agree, Mr. Pagano?

3              MR. PAGANO:  Judge, I agree.

4              THE COURT:  Okay.

5              MR. WRIGHT:  And, Your Honor, not only is that Mr.

6    Jabbateh but he also admitted to being Jungle Jabbah or being

7    known as Jungle Jabbah.  Of course he didn't tell the

8    immigration authorities about what he did as Jungle Jabbah.

9              And I suggest to the Court that the Grand Jury found

10   that it was more probable than not that he either directly

11   participated in or in fact he ordered certain atrocities that

12   are outlined in the indictment and they're also outlined in our

13   detention motion.

14             And if I may approach again, Your Honor?

15             THE COURT:  Of course.

16             MR. WRIGHT:  Mr. Jabbateh in fact had the honor of

17   having a bridge named after him.  And that's "Jungle Jabbah

18   Bridge" as the Court sees but that was something that came about

19   as a result of his activities as a commander of Zebra Battalion

20   during the first Liberian Civil War.

21             THE COURT:  Do you have any objection to this, Mr.

22   Pagano?

23             MR. PAGANO:  No.  I mean, I don't know what the

24   basis is of it but -- and I don't know that it necessarily makes

25   the logical connection that my client somehow was involved with

Page 11

1    violence and ordering violence but --

2              MR. WRIGHT:  If I may, I'd like to make that

3    connection.  If I may, Your Honor?

4              THE COURT:  I'd be shocked if you didn't.

5              MR. WRIGHT:  Now, your Honor, while we were in

6    Liberia we interviewed a number of witnesses, over 30 witnesses,

7    with regard to Jabbateh and most if not all of them identified

8    Mr. Jabbateh and advised of Jungle Jabbah as he was known then

9    participated that they witnessed Jungle Jabbah participate in

10   certain activities that are outlined in the indictment as the

11   underlying evidentiary basis for the perjury and the fraud and

12   the fraud and immigration documents.

13             And one of them in fact and I guess in summary says

14   on order from ULIMO-K rebels, many townspeople accompanied

15   ULIMO-K rebels from the woods back to Kwpop (ph) Town.  The K

16   may be silent, Kwpop Town.  Over the route back to Kwpop Town a

17   bridge collapsed under the weight of ULIMO-K truck.  Several

18   ULIMO-K soldiers were killed during the collapse and the truck

19   capsized in the river below the bridge.

20             The bridge collapse outraged Jungle Jabbah who

21   blamed the villagers, purportedly building a weak bridge.

22   Consequently he punished the villagers by forcing them to

23   assemble in two lines.  One of the lines was made up of older

24   and firm villagers while the other was made up of younger and

25   healthier villagers.  Jabbateh's men flogged the older villagers

1   while the younger villagers had their arms cut by bayonets.  The

2   witness still bears the scars from the event.

3               Jabbateh then ordered the healthier villagers to go

4   to the river and remove the industrial type saw from the truck

5   that capsized in the river when the bridge collapsed.  Jabbateh

6   told the villagers that there would be consequences if the saw

7   was not removed.  The bridge where this occurred now has a sign

8   identifying it as "Jungle Jabbah Bridge".  That is the sign that

9   is depicted in Government Exhibit No. 2.

10              Number 3 with regard to ties to the community.  Your

11  Honor, it's unquestionable that Mr. Jabbateh has ties to the

12  community.  You can in fact see that by the good ladies and

13  gentlemen who are here today but that's not the only places he

14  has ties.

15              And if the Court, in fact, looks at the Presentence

16  Investigation Report, it talks about the one child who he has

17  with a woman whose been identified as a his fiancé, who's nine

18  months old (sic).  And four children with a previous woman who

19  it's the Government's understanding one day he packed up and

20  left.  He in fact pays mortgages is our understanding but he

21  left and hasn't been seen very much since then.

22              But beyond that, Your Honor, although he is seen on

23  occasion.  But beyond that, Your Honor, he has seven children in

24  the continent of Africa and a wife on the continent of Africa.

25  And he, in fact, advised Special Agent Gillen (ph) upon arrest

1    that he had a wife on the continent of Africa and he doesn't

2    mention her and he doesn't mention the seven children who he has

3    in Africa and over the years he has in fact tried to get those

4    children at least a number of those children a status to come to

5    the United States unsuccessfully.

6           And I suggest to the Court that that's very telling

7    that when he talks about his familial relationships.  He's got a

8    wife who we feel, have no reason to believe that he's not

9    married to, have seven children and various ages.  So he does in

10   fact have ties to the community.  Moreover --

11          THE COURT:  What is his status vis-a-vis the current

12   regime in Liberia?

13          MR. WRIGHT:  Well, Your Honor, there are a lot of --

14   you know, Liberia is an interesting place and they have a truth

15   and reconciliation commission may in fact have done some good,

16   maybe not.  But right now everyone is living together.  There

17   are, you know, all of the combatants.  The individuals who were

18   armed forces of Liberia who in fact committed atrocities.  The

19   National Patriotic Front of Liberia which committed atrocities.

20   ULIMO was split into ULIMO-K and ULIMO-K.  ULIMO-K was primarily

21   a (indiscernible) faction which Mr. Jabbateh is in fact -- was a

22   member of and was a battalion member of the commander of the

23   Zebra Battalion of ULIMO-K.

24          They in fact are all living there in Liberia

25   together.  Now there is a very large United Nations mission

1    there and there are human peacekeepers that are there but so far

2    so good.

3              THE COURT:  Because he's here on asylum meaning --

4              MR. WRIGHT:  He's here on asylum from 1998, Your

5    Honor, and we suggest to the Court that of course when he sought

6    asylum he was not honest about his role, number one.

7              And, number two, and not being honest simply, you

8    know, number one, he made affirmative misstatements.  And then

9    not only did he make affirmative misstatements on the forms but

10   he made them orally to the asylum officer.

11             And the evidence, Your Honor, and we suggest the

12   Grand Jury has found and total through the evidence that was

13   presented on a balance of probabilities or more probable than

14   not that in fact Mr. Jabbateh would not have gotten status as an

15   asylum, as an aslyia.  I don't know if that's correct

16   (indiscernible) or not but as the recipient of asylum.  Had he

17   been honest with the immigration officers that we think that --

18   as a matter of fact the immigration officer who made the

19   recommendation is going to testify.

20             THE COURT:  Okay.

21             MR. WRIGHT:  To suggest that.  Now, Your Honor, with

22   regard to -- I saw counsel's submission with regard to equity in

23   homes and I think that's all well and good.  And I think it's

24   good that Mr. Jabbateh in fact has community support and that

25   there are individuals who are in fact willing to support Mr.

Page 15

1    Jabbateh.

2                 But I suggest to you, Court, that Mr. Jabbateh is a

3    unique individual because you have to be to be involved in the

4    sort of activities that he was involved in during the first

5    Civil War and what the evidence at least on balance of

6    probabilities in front of the Grand Jury said with regard to

7    that.

8                 That, in fact, equity in homes is simply not enough

9    to keep him here if in fact he's facing a substantial prison

10   sentence if he is convicted.  Now--

11               THE COURT:  I mean he's talking about 12, 13?

12               MR. PAGANO:  Your Honor, there's more.  They

13   continue to be added to the list.  I've gotten emails.

14   Additional people have showed up here today so I think we're up

15   to probably -- the list includes 14.  We're up to maybe 17 or

16   18.

17               THE COURT:  I mean the issue I have to decide, Mr.

18   Wright, is whether or not Mr. Jabbateh will appear.  The issue

19   is risk of flight.

20               MR. WRIGHT:  The issue is risk of flight.

21               THE COURT:  And so the issues is will 17 properties

22   be a deterrent to him fleeing?

23               MR. WRIGHT:  I suggest to the Court that when you've

24   been involved in the sort of activities that the Government

25   believes it can prove that Mr. Jabbateh was involved in and

1    facing a substantial prison sentence upon conviction, that there

2    aren't any properties that would make a whole heck of a lot of

3    difference.

4              I mean the question is, is that how much is your --

5    you know as far as properties are concerned.  I don't know how

6    much each one of these properties is worth?  I don't know how

7    much equity is in each of these properties but the reality is

8    that if in fact as you get older and I see this now as I get

9    older that every day becomes more important to you.

10             THE COURT:  You're not that old yet.

11             MR. WRIGHT:  Every day becomes more important to you

12   and I suggest to the Court that property just doesn't do it.

13   You're talking about liberty interest.  And you're talking about

14   witnesses who are going to come in and testify about what he did

15   and upon conviction depending on the circumstances what could

16   perhaps be a very long sentence.  And we ask ourselves, well,

17   how much is 10 years, 20 years or 30 years of your life worth?

18             THE COURT:  Tell me about this case Mr. Pagano cites

19   involving Tom Woewiyu.

20             MR. WRIGHT:  Woewiyu?  I'm the prosecutor in that

21   case, Your Honor.

22             THE COURT:  Oh, good.

23             MR. WRIGHT:  And that is in fact a very different

24   circumstance.

25             THE COURT:  Yeah, tell me about that.

1            MR. WRIGHT:   Tom Woewiyu was the Minister of Defense

2    of the National Patriotic Front of Liberia.   His status was very

3    different than Mr. -- his immigration status was very different

4    than Mr. Jabbateh's.

5            Mr. Woewiyu was a legal permanent resident.   And he

6    was a legal permanent resident, in fact, before the start of the

7    first Civil War.   Now he and the current, purportedly the

8    current president and Charles Taylor found that the national,

9    rebirth of the National Patriotic Front of Liberia.

10           And to a certain degree, despite the fact that he

11   made very real misrepresentations including one which is again

12   very different than Mr. Jabbateh's.   Mr. Woewiyu made the

13   representation that he never -- that he -- for instance, that he

14   never either directly or indirectly advocated for the overthrow

15   of government by force or by violence.   When there are 50,

16   literally 50 BBC tapes and cables where he's doing just that.

17   Where he's being interviewed on the radio and so on and so

18   forth.

19           But he was a legal permanent resident beforehand.

20   And so that in fact I suggest to the Court is one difference.

21           Number two, he's significantly older than Mr.

22   Jabbateh.   That he's been here in fact since the 70s and in fact

23   went to school here.   That's in fact a different position.

24           Number three, he's not personally -- he directly or

25   indirectly.   He was the Minister of Defense but he wasn't

1    personally, as the evidence will show in this case, out ordering

2    atrocities that individuals under his command, that individuals

3    under his command commit atrocities.

4            And number four, he was initially detained.  Then he

5    was ordered release.  He didn't actually make the conditions of

6    release.  The Government consented to it because of the length

7    of time, because of the nature of the international evidence.

8    The documents here under international evidence (indiscernible)

9    other consideration didn't think that it was appropriate for him

10   to stay in jail because that case has been pending since 2014.

11   That will not be the case here.

12           So this in fact a very different sort of case than

13   the Woewiyu case.  The charges are similar in that they both

14   made misrepresentations with regard to what happened during the

15   war but then the similarity -- then there's a real divergent on

16   how that was done and the similarity ends there.  We're talking

17   about someone who was the equivalent of a Donald Rumsfeld in the

18   Taylor regime.  He was the number two under Taylor.

19           So very different from the individual is depicted in

20   the photograph, that he admits is him, was the battalion leader,

21   was a rebel battalion leader who was out committing atrocities.

22   So there are two -- those are very different.

23           And I will also advise the Court that after the

24   Government -- that we didn't make the conditions that were

25   placed on him.  The Government said, okay, amendment the

1    condition so he can get out because of the nature of the

2    evidence and the amount of time it was going to take.

3    (Indiscernible) with regard to that case that the conditions

4    that were put on him are incredibly strict.  Even going so far

5    as to how close he can be to reports of ingress and egress here

6    in the Eastern District.  Like I said, he's a 70 year old man as

7    opposed to Mr. Jabbateh.

8              And, Your Honor, so I suggest those cases are very

9    different and that's what I proffer the Court with that.

10             THE COURT:  All right.  Thank you.

11             MR. WRIGHT:  I appreciate your patience.  Thank you,

12   Your Honor.

13             THE COURT:  Sure.  Thank you.  Mr. Pagano?

14                  ARGUMENT BY MR. PAGANO

15             MR. PAGANO:  Judge, in terms of the similarities in

16   the cases, I would just note that --

17             THE COURT:  You can be seated, sir.

18             MR. PAGANO:  That the first, I don't know.  I didn't

19   count them but the first seven or six paragraphs of the two

20   indictments are identical.  And I've got all the pleadings from

21   Mr. Woewiyu's case and Mr. Wright made the very same arguments.

22   And in terms of these acts of war and atrocities, I quoted the

23   language in my memoranda to the Court and specifically the

24   Government contended or alleges in that indictment -- court's

25   indulgence.

Page 20

1              "That Mr. Woewiyu conducted a particularly heinous

2    and brutal military campaign.  It was characterized by the

3    torture of perceived advisories."  My client was one of those

4    advisories at least according to the political history here.

5    "The execution of civilians, the killing of Ecomog, E-C-O-M-O-G

6    peacekeepers, the forced sexual slavery and rape of girls and

7    women, the conscription of child soldiers and the murder of

8    humanitarian aid workers.  In particular the NPFL targeted

9    civilians of the Crane and Mandigo which my client is a member,

10   tribes whom the NPFL perceived were loyal to the former Doe

11   government."

12              So the acts of war, the genocide, the allegations

13   that my client was involved in these things are the exact same

14   things that Mr. Woewiyu was alleged to have done and Judge Brody

15   saw fit to release him on $100,000 bail, secured by two

16   properties.

17              And Your Honor also asked the question who is in

18   power now in Liberia?  And to answer that question specifically

19   it's a person by the name of President Ellen Johnson Sirleaf,

20   who was a Charles Taylor supporter.  A party that my client was

21   not affiliated with.

22              Judge, my client vehemently denies having

23   participated, encouraged, enticed, ordered or otherwise been a

24   part of any acts of genocide or any acts of crime committed

25   against civilians.  There's not a single mention in the

1    indictment of a specific act and counsel's recitation today of

2    what someone would say that people were flogged and cut on the

3    arms and that my client somehow ordered this is again a

4    representation made by who?  I don't know.  When this was to

5    have occurred?  I don't know.

6              But boiling this case down to its elements, Judge,

7    this is a credibility case.  Aside from its international

8    intrigue and political backdrop.  It's a case that civilians

9    will come in here to testify, I would presume at some point,

10   some day, and the motives for these civilians.  I don't know who

11   they're politically aligned with but this was a war about

12   politics.

13             I don't know who these witnesses are loyalists to;

14   Charles Taylor or Doe or Ellen Johnson Sirleaf, who is in power

15   now.  But the fact is my client's never been charged in Liberia.

16    My client's never been charged by any tribunal, Your Honor, and

17   he's been here for 20 years almost.  I think 18 years.

18             Given all the facts and circumstances.  Given his

19   obvious ties to the community.  I had about 100 responses from

20   people who wanted to come here today and I told the family to

21   limit those that came to about 25 people because of the size of

22   this courtroom.  And we still have I think more than 20 or 30

23   people.

24             I had people sign in.  I don't know who showed up

25   after.  I circulated the sheet but if I could just read some of

Page 22

1    the names of people and their relationship to my client, it

2    would give the Court a sense of the ties that he does have here.

3              THE COURT:  Okay.

4              MR. PAGANO:  The first one, two, three, four persons

5    or six persons, are all friends.  The seventh person is his

6    uncle.  There are one, two, three, four, five, six additional

7    friends.  His brother is here.  One, two, three, four more

8    friends.  His aunt is also here.  His sister is here.  His son.

9    The mother of this, this woman that my client allegedly left

10   high and dry in the middle of the night and hasn't been seen

11   since.  She is here to support her ex-husband.  Some of his

12   children that he had with this woman are also here.

13             And, Judge, there aren't people who are here

14   illegally.  These are citizens.  These are United States

15   citizens.  This former wife of my client is a U.S. citizen.  His

16   children are U.S. citizens.  There's another friend here.

17   Another four friends here.  His brother is here, another

18   brother.  His current mother of his 9 month old child.

19             Your Honor, there are multiple ties to the community

20   here and I don't think I who has lived in the city for 49 years

21   could get 14 people to post deeds on my behalf should I be

22   charged with something.

23             THE COURT:  How much is the property worth?

24             MR. PAGANO:  There are several properties, Judge.

25   My client owns a property, a commercial property, which is a

1    very, very large tract of land in Philadelphia where he operates

2    his business.  I did a search of the records in Philadelphia and

3    it looks like that that parcel of land was purchased by my

4    client.  The purchase price was $500,000.  He put down $50,000

5    of his own money and he's been paying the mortgage every month

6    to the person that sold it to him.

7              And this is all laid out in an agreement of sale

8    that I have that I got from the City.  And that person that sold

9    the land to my client sent a letter reflecting that my client

10   pays his mortgage on time.  That he's an excellent person in the

11   community.  That he's got an excellent reputation.

12             So there's that tract of land which is worth -- the

13   purchase price I would say is a fair representation of the fair

14   market value which was $500,000.  He has about I would say about

15   $200,000 in equity in that property.  He owns the home where his

16   former wife and four children live which is here in the City of

17   Philadelphia as well.  There's equity of about $50,000 in that

18   home.  Some of the properties that I have here in front of me,

19   the owners of which are here in court.

20             And, Judge, these aren't investment properties.

21   These are properties where these people live.  These are

22   properties where these people will lose their homes if this man

23   doesn't show up for court.  And obviously these are people who

24   know my client much better than Mr. Wright does, much better

25   than the Government does, and much better than I do.  And based

1    upon their knowledge of him, they're willing to put their money

2    where their mouth is and to post these properties.

3            But there's another property here in the City of

4    Philadelphia that is worth approximately $500,000.  It was built

5    by Somalo (ph) Dorley (ph) who's also here in court.  He put out

6    $250,000 of his own money to build this home so I would submit

7    that that property is probably worth -- and we can get bail

8    assessments done by the City of Philadelphia Bail Department

9    which in my past experiences is how the Clerk's Office satisfies

10   the Clerk's requirements on these properties.

11           So, Judge, we have to do an accounting but just

12   preliminarily and I'm not an appraiser and I'm not -- I don't'

13   have any expertise in the real estate business but I would say

14   conservatively we probably have close to a million dollars in

15   property here.  Maybe a little less because --

16           THE COURT:  And your client would be on house

17   arrest?

18           MR. PAGANO:  He would be on electronic monitoring,

19   Judge.

20           THE COURT:  24 hours.

21           MR. PAGANO:  24/7.

22           THE COURT:  No work?

23           MR. PAGANO:  Well, Judge --

24           THE COURT:  He's going to stay in the house.

25           MR. PAGANO:  He would like to work.

Page 25

1          THE COURT:  I know but that's unlikely if he were

2    released.  So he's going to stay in the house 24 hours a day

3    with a bracelet and put up a million dollars in real estate?

4          MR. PAGANO:  If that what's the Court is ordering

5    that's what he'll do.

6          THE COURT:  You understand that, sir?

7          THE DEFENDANT:  Yes, sir.

8          THE COURT:  You'd be willing to do that?

9          THE DEFENDANT:  Yes, sir.

10          THE COURT:  All right.  Mr. Wright, how does that

11    not guarantee his appearance?

12          MR. WRIGHT:  Your Honor, again, with the likelihood

13    of him getting deported either way, I suggest to the Court that

14    there's not going to be any amount of money that's going to

15    assure his appearance.  That when you're looking at the amount

16    of time that he's in fact looking at and almost the certainty of

17    deportation as a result of that and then the very real

18    likelihood with the ICE detainer that he's going to get deported

19    anyway based on the evidence that's going to be presented in

20    front of an immigration judge, it's very, very, unlikely if

21    there's any amount of property or money that's going to assert

22    --

23          THE COURT:  Well how's he going to get out of the

24    country with you watching him with him locked up 24 hours a day

25    on a bracelet?

1          MR. WRIGHT:  Your Honor, it's not so much -- as the

2    Court understands, it's not so much that -- the problem

3    ordinarily isn't that much getting out of the country.  It's

4    getting back in the country without a passport.  The reality is

5    is that since he is a recipient of an asylum that if he leaves

6    he can never come back.  But the problem isn't him getting

7    across the border somehow.  People do that as a matter of course

8    to get across the border.  He just can't get back in.  That's

9    the bigger problem.  The problem isn't leaving.  It's ordinarily

10   --

11          THE COURT:  Well you still can't get out without a

12   passport.

13          MR. WRIGHT:  -- coming back in.  Well you're not

14   supposed to be able to get out without a passport but people do

15   it as a matter of course and I suggest to the Court that if

16   anyone has an international -- the international connection to

17   do it is Mr. Jabbateh as we saw in the Presentence -- the

18   Pretrial Services Report.  He has a shipping company and what he

19   ships ordinarily goes back to Liberia.  And so he has an

20   infrastructure that will allow him, I suggest, to get out of the

21   country if he wants to get out of the country.

22          But in any event sooner or later there's a real

23   likelihood whether convicted or not that he's not going to be

24   here.  And I suggest to you that rather than spend time or take

25   the chance of spending a significant amount of time in jail

1    waiting to be deported that he'll cut out that second step.

2              With regard to the similarities between this and

3    Woewiyu, I wrote both indictments.  So they are somewhat similar

4    but the first paragraph that counsel is talking are the

5    historical, the historical reflected part, and that doesn't

6    change no matter who the defendant is.

7              As far as the atrocities are concerned, those are

8    atrocities that Mr. Woewiyu is alleged to be directly or

9    indirectly responsible for because he was the equivalent of

10   Rumsfeld.  Not that he in fact --

11             THE COURT:  Well does that make it better or worse?

12             MR. WRIGHT:  Well they're both bad.  But I suggest

13   to you that the 70 years old whose been a legal permanent

14   resident since before for -- since the 70s and was educated here

15   and with legal permanent residence here since before the war of

16   the 70s was a much better risk and who had been arguably a

17   statesman in (indiscernible) peace talks with regard to -- and

18   was the representative of the government so it's just very

19   different in that regard.

20             Now we didn't move on risk of -- we didn't move on

21   danger to community but I'll note that --

22             THE COURT:  Well you can't.

23             MR. WRIGHT:  Well you can't.

24             THE COURT:  You can't.  There's no legal basis.

25   There's no -- the charges don't involve violence.

Page 28

1           MR. WRIGHT:  If you can prove it, I mean, well --
2  the charges --
3           THE COURT:  There's a Third Circuit case Hinler (ph)
4  that says you can't.
5           MR. WRIGHT:  Well the evidentiary basis for it
6  arguably involved violent acts.  Now that may well be the case.
7  But we didn't move on that ground.  We moved on risk of flight.
8  And we moved on risk of flight because I suggest to the Court
9  that even just logically he is a risk of flight.  Now I think
10 that it's good --
11          THE COURT:  No, I understand he's a risk of flight.
12 I agree with you.  The question is, are there conditions that I
13 can impose to guarantee his assurance?
14          MR. WRIGHT:  I suggest not.  I mean he's an
15 individual who had every opportunity to tell Pretrial Services
16 about his seven sevens kids and his wife to whom we believe he
17 is still married in Liberia and they're conspicuously absent
18 from the Pretrial Services Report and you have to ask yourself
19 why that is in making a determination?
20          I mean he could have said.  He could have talked
21 about my son number 1, son number 2, daughter number 3, daughter
22 number 4, the wife, but he didn't do that.  And these are people
23 that he in fact tried to get into the country at one point and
24 (indiscernible) alien numbers and those are in fact --
25          THE COURT:  Did they ask him about these people?

1           MR. WRIGHT:  Pardon?

2           THE COURT:  Did they ask him about these people?

3           MR. WRIGHT:  Well they asked him about his familial

4    relationships.  They asked him about whether and he -- and

5    that's conspicuously absent.

6           THE COURT:  Well, I just have to determine whether

7    there's conditions that can reasonably assure his appearance.  I

8    can't guarantee his appearance and the law says reasonably

9    assure.  I think if I get 17 people to pledge real estate worth

10   a million dollars and put him on 24 hour house arrest where he

11   can't leave with a bracelet that he's going to pay for, it

12   doesn't get any better than that.  You have ICE --

13          MR. WRIGHT:  There's an ICE detainer on him.

14          THE COURT:  And they're all over the border.  They

15   run the border.

16          MR. WRIGHT:  Well that's correct, Your Honor, and I

17   certainly think that -- I certainly understand and I will

18   certainly say that the Court's positon is not unreasonable.  I

19   respectfully disagree --

20          THE COURT:  No, I understand you do.

21          MR. WRIGHT:  -- as the Court is inclined simply

22   because to be involved in the sort of activities that the Grand

23   Jury found that is more probable than not that he was involved

24   in, you're not unused to doing remarkable or bold activities.

25          THE COURT:  And I agree with that.

Page 30

1          MR. WRIGHT:  And I -- for these reasons, Your Honor,

2    we suggest to the Court that money doesn't necessarily keep

3    someone here.  As a matter of fact as Congress says the risk of

4    -- the ties to the community portion of the Bail Reform Act is

5    something that perhaps isn't taken, isn't viewed as heavily as

6    some of the other forces, Your Honor.  And for these reasons we

7    believe that he is a risk of flight and we don't think that

8    he'll appear, Your Honor.

9                        COURT'S RULING

10          THE COURT:  All right.  Thank you.  Very good

11    argument, both sides.  I appreciate your advocacy and all the

12    effort you both put into this.

13          I'm going to order Mr. Jabbateh released, pending

14    satisfaction of the Clerk's requirements for posting property.

15    And, Mr. Pagano, this is going to be no easy task for you

16    because I think I'm the only magistrate judge that does not

17    allow waiver of those requirements.  So you're going to have to

18    dot all the i's and cross all the t's to satisfy Mr. Wright,

19    Pretrial, and me that you have properties that have sufficient

20    value that total a million dollars.

21          MR. PAGANO:  I've had to do it twice before, Judge,

22    so --

23          THE COURT:  Oh, I know.

24          MR. PAGANO:  I have a little bit of experience but

25    it is difficult.

1            THE COURT:  I know you have.  So he's not going to
2    be released until I'm satisfied of that.  And so that means I
3    have to have proof of ownership and proof of sufficient equity.
4    Because normally what happens in these cases you come back to me
5    and say, hey, I only have $600,000.  And some of the owners we
6    can't find or the co-owners are in Africa and we're not going to
7    do that.
8            So you get me a million with people that are
9    verified owners that we can post, 24 hour home detention, cost
10   borne by Mr. Jabbateh, no exceptions.  He doesn't leave the
11   premises unless there's a medical emergency.  So he's in.
12            MR. PAGANO:  Very well.  I'll make it work.
13            THE COURT:  Are you agreeable to that?
14            MR. WRIGHT:  Yes.
15            THE COURT:  All right.  Any other conditions?
16            MR. WRIGHT:  The standard conditions.  That he not,
17   that if he inclined to try to obtain a passport that --
18            THE COURT:  Oh, yeah.  No passport.  Who's got his
19   passport?
20            MR. PAGANO:  He has no travel documents, Judge, and
21   he's never left the United States since he came here in 1998.
22            THE COURT:  Okay.
23            MR. PAGANO:  Even when his father died in Liberia he
24   didn't go back.
25            THE COURT:  So he can't apply for another passport?

Page 32

1

2              MR. PAGANO:  No.

3              THE COURT:  Can't apply for another passport.

4              MR. WRIGHT:  No.  And then the other standard

5    conditions, Your Honor, that Pretrial Services would --

6              THE COURT:  No firearms.

7              MR. WRIGHT:  No firearms.

8              MR. PAGANO:  Of course.

9              MR. WRIGHT:  Commission of crimes, that sort of

10   thing, Your Honor.

11             THE COURT:  Yeah.  Let me go over them here.  Let's

12   just go over and make sure Mr. Jabbateh understands.

13             One million dollars bail secured by property of the

14   same value.  The Clerk's requirements are not waived.  A report

15   is directed to Pretrial Services.  Electronic monitoring.  He's

16   going to reside at the Melrose Avenue address?

17             MR. PAGANO:  Yes, Your Honor.

18             THE COURT:  177 Melrose Avenue, Landsdowne.  He's

19   restricted at all times.  Not allowed to leave for employment.

20   Not allowed to leave for education.  Only allowed to leave for a

21   medical treatment and court appearances.

22             Are you going to be able to confer with him in his

23   home?

24             MR. PAGANO:  If need be.

25             THE COURT:  All right.

 1              MR. PAGANO:  Better than going to the FDC, Judge.

 2              THE COURT:  If he verifies with Pretrial Services

 3     that there's a medical emergency he can leave or if he has to go

 4     court he can leave but he's got to coordinate that with Pretrial

 5     Services.

 6              MR. WRIGHT:  Your Honor if I may?  At some point in

 7     time the witnesses are going to be known to Mr. Jabbateh.

 8              THE COURT:  Right.

 9              MR. WRIGHT:  And so we would ask that the Court also

10     make as a condition that he have no contact directly or

11     indirectly with the witnesses, Your Honor, in this case.

12              THE COURT:  All right.  When you learn the identity

13     of the witnesses, Mr. Pagano, that your client not have any

14     contact with them directly or indirectly.  So you can't have

15     intermediaries; family members.  I know it's a small community

16     contact them.

17              MR. PAGANO:  Will do.

18              THE COURT:  Travel is restricted to this district.

19     Any firearms at the house?

20              THE DEFENDANT:  No, sir.

21              THE COURT:  Okay.  No firearms.

22              MR. PAGANO:  Judge, I would just ask that my

23     investigator be permitted to have contact with witnesses in the

24     event --

25              THE COURT:  Oh, of course.

1             MR. PAGANO:  -- that that is necessary.

2             THE COURT:  Of course.  All right.  I think that's

3    it.  So once you get the properties you can talk to Pretrial and

4    once Mr. Wright and Pretrial are satisfied, let me know and I'll

5    order his release at that point.

6             So you're going to remain in custody, sir, pending

7    proof that all the properties have been posted.  And even then

8    there's going to be an ICE detainer.

9             MR. WRIGHT: Right.

10            THE COURT:  So then you're going to have to deal

11   with the immigration authorities.  We just have some paperwork

12   for you to sign that advise you of the conditions.  Hold on one

13   second.

14            Mr. Jabbateh, do you understand all those conditions

15   I just recited?

16            THE DEFENDANT:  Yes, sir.

17            THE COURT:  All right.  Do you give me your word

18   that you'll abide by them?  Do you agree that you'll follow

19   those conditions?

20            THE DEFENDANT:  Yes, sir.  Yes, sir.

21            THE COURT:  All right.  Do you understand that if

22   you fail to do so you're committing a new crime subject to an

23   additional 10 years in prison?

24            THE DEFENDANT:  Yes, sir.

25            THE COURT:  And you also understand that your bail

1    will be revoked if you are released and you'll be going back to

2    prison.  Do you understand?

3                    THE DEFENDANT:  Yes, sir.

4                    THE COURT:  Okay.  All right.

5                    MR. WRIGHT:  Thank you, Your Honor.

6                    THE COURT:  Thank you, Mr. Wright, Agent, thank you.

7                    MR. WRIGHT:  Good afternoon, Your Honor.

8                    THE COURT:  Thanks, Marshals.

9                    (Proceeding concluded at 2:37 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        * * * * *

2                     CERTIFICATION

3

4          I, Erika B. Newton, certify that the foregoing is a

5     correct transcript from the official electronic sound recording

6     of the proceedings in the above-entitled matter.

7

8     Dated:  June 2, 2016

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

abide 34:18
able 26:14 32:22
above-entitled 36:6
absent 28:17 29:5
accept 4:3
acceptable 4:16
accompanied 11:14
account 7:18
accounting 24:11
act 21:1 30:4
activities 10:19
  11:10 15:4,24
  29:22,24
acts 19:22 20:12,24
  20:24 28:6
added 15:13
additional 15:14
  22:6 34:23
address 32:16
admits 8:23 18:20
admitted 5:24 10:6
adopt 8:3
advise 8:19 18:23
  34:12
advised 11:8 12:25
advisories 20:3,4
advocacy 30:11
advocated 17:14
affiliated 20:21
affirmative 14:8,9
Africa 8:8,11 12:24
  12:24 13:1,3 31:6
afternoon 3:6,7,10
  3:11 35:7
Agent 6:15 12:25
  35:6
ages 13:9
agree 10:2,3 28:12
  29:25 34:18
agreeable 31:13
agreement 23:7
aid 20:8
alien 28:24
aligned 21:11
allegations 5:23

20:12
alleged 20:14 27:8
allegedly 22:9
alleges 17:8
allow 26:20 30:17
allowed 32:19,20
  32:20
amendment 18:25
AMERICA 1:2
amount 19:2 25:14
  25:15,21 26:25
answer 20:18
anticipate 6:16
anymore 9:22
anyway 25:19
appear 15:18 30:8
appearance 25:11
  25:15 29:7,8
appearances 1:8
  32:21
apply 31:25 32:3
appraiser 24:12
appreciate 19:11
  30:11
approach 9:11
  10:14
appropriate 18:9
approximately
  24:4
April 1:4
arguably 5:12
  27:16 28:6
argument 2:6,7
  4:20 19:14 30:11
arguments 19:21
armed 13:18
arms 12:1 21:3
ARRAIGNED 2:5
  3:18
arraignment 1:6
  3:12
arrest 12:25 24:17
  29:10
Aside 21:7
asked 20:17 29:3,4
aslyia 14:15
assemble 11:23

assert 25:21
assessments 24:8
assigned 8:25 9:2
assume 7:15
assurance 28:13
assure 25:15 29:7,9
asylum 4:24 6:21
  14:3,4,6,10,15,16
  26:5
atrocities 5:25 6:2
  6:4,6,7,10,17
  10:11 13:18,19
  18:2,3,21 19:22
  27:7,8
ATTORNEY'S 1:9
aunt 22:8
authorities 10:8
  34:11
Avenue 32:16,18

**B**

B 36:4
back 3:8 11:15,16
  26:4,6,8,13,19
  31:4,24 35:1
backdrop 21:8
bad 27:12
bail 20:15 24:7,8
  30:4 32:13 34:25
balance 14:13 15:5
based 23:25 25:19
basis 5:22 10:24
  11:11 27:24 28:5
battalion 9:9,10
  10:19 13:22,23
  18:20,21
bayonets 12:1
BBC 17:16
bears 12:2
behalf 22:21
believe 13:8 28:16
  30:7
believes 15:25
better 23:24,24,25
  27:11,16 29:12
  33:1
beyond 12:22,23

bigger 26:9
bit 30:24
blamed 11:21
boiling 21:6
bold 29:24
border 26:7,8
  29:14,15
borne 31:10
bracelet 25:3,25
  29:11
bridge 10:17,18
  11:17,19,20,21
  12:5,7,8
Brody 20:14
brother 22:7,17,18
brought 7:2
brutal 20:2
build 24:6
building 11:21
built 24:4
business 23:2 24:13

**C**

C 1:9 3:1
cables 17:16
calculations 5:13
Call 3:4
campaign 20:2
capsized 11:19 12:5
case 4:10 6:4 8:12
  16:18,21 18:1,10
  18:11,12,13 19:3
  19:21 21:6,7,8
  28:3,6 33:11
cases 5:18 19:8,16
  31:4
category 5:13
certain 9:6 10:11
  11:10 17:10
certainly 29:17,17
  29:18
certainty 6:22
  25:16
CERTIFICATI...
  36:2
certify 36:4
chance 3:12 26:25

change 27:6
characterized 20:2
charged 3:21 6:1,3
  21:15,16 22:22
charges 3:13,17 7:1
  7:9 18:13 27:25
  28:2
Charles 17:8 20:20
  21:14
Chestnut 1:10
child 12:16 20:7
  22:18
children 12:18,23
  13:2,4,4,9 22:12
  22:16 23:16
choices 7:8
Circuit 28:3
circulated 21:25
circumstance 16:24
circumstances
  16:15 21:18
cites 16:18
citizen 4:23 7:25
  22:15
citizens 22:14,15
  22:16
city 22:20 23:8,16
  24:3,8
Civil 8:22 10:20
  15:5 17:7
civilians 20:5,9,25
  21:8,10
Clerk's 24:9,10
  30:14 32:14
client 3:13 10:25
  20:3,9,13,20,22
  21:3 22:1,9,15,25
  23:4,9,9,24 24:16
  33:13
client's 21:15,16
close 3:2 19:5 24:14
collapse 11:18,20
collapsed 11:17
  12:5
combatants 13:17
come 13:4 16:14
  21:9,20 26:6 31:4

coming 6:16 26:13
command 18:2,3
commander 9:9,15
  9:25 10:19 13:22
commercial 22:25
commission 13:15
  32:9
commit 18:3
committed 6:8
  13:18,19 20:24
committing 18:21
  34:22
community 12:10
  12:12 13:10 14:24
  21:19 22:19 23:11
  27:21 30:4 33:15
company 1:19
  26:18
concerned 16:5
  27:7
concluded 35:9
condition 19:1
  33:10
conditions 18:5,24
  19:3 28:12 29:7
  31:15,16 32:5
  34:12,14,19
conducted 20:1
confer 32:22
Congress 30:3
connection 10:25
  11:3 26:16
conscription 20:7
consented 18:6
consequences 12:6
Consequently
  11:22
conservatively
  24:14
consideration 18:9
consists 6:6
conspicuously
  28:17 29:5
contact 33:10,14,16
  33:23
contended 19:24
contends 4:25 6:7

8:13 9:8
continent 8:8,11
  12:24,24 13:1
continue 15:13
control 8:21
convicted 5:1 6:22
  6:23 7:1 15:10
  26:23
conviction 16:1,15
coordinate 33:4
correct 4:10,11
  6:11 14:15 29:16
  36:5
cost 31:9
counsel 27:4
counsel's 14:22
  21:1
count 19:19
country 5:19,20
  6:21 7:24 25:24
  26:3,4,21,21
  28:23
counts 3:23,24
course 3:9 9:12,24
  10:7,15 14:5 26:7
  26:15 32:8 33:25
  34:2
court 1:1,19 3:4,5,7
  3:9,11,16 4:3,6,9
  4:12,16,19 5:5,8
  5:11,16,17,21 6:1
  6:9,12,18 7:5,7,12
  7:15,20 8:4 9:12
  9:17,23 10:2,4,9
  10:15,18,21 11:4
  12:15 13:6,11
  14:3,5,20 15:2,11
  15:17,21,23 16:10
  16:12,18,22,25
  17:20 18:23 19:9
  19:10,13,17,23
  22:2,3,23 23:19
  23:23 24:5,16,20
  24:22,24 25:1,4,6
  25:8,10,13,23
  26:2,11,15 27:11
  27:22,24 28:3,8

28:11,25 29:2,6
  29:14,20,21,25
  30:2,10,23 31:1
  31:13,15,18,22,25
  32:3,6,11,18,21
  32:25 33:2,4,8,9
  33:12,18,21,25
  34:2,10,17,21,25
  35:4,6,8
courtroom 21:22
court's 2:8 5:6,10
  8:2 19:24 29:18
  30:9
co-owners 31:6
Crane 20:9
crease 9:20
credibility 21:7
crime 5:1 20:24
  34:22
crimes 32:9
criminal 3:21 5:13
cross 30:18
Crystal 1:16
current 13:11 17:7
  17:8 22:18
custody 34:6
cut 7:10,23 12:1
  21:2 27:1

D

D 2:1 3:1
danger 27:21
Dated 36:8
daughter 28:21,21
Davis 4:5,5,6
day 12:19 16:9,11
  21:10 25:2,24
days 4:6
deal 34:10
decide 15:17
deeds 22:21
defendant 1:5,13
  2:5 3:18,20 4:1
  25:7,9 27:6 33:20
  34:16,20,24 35:3
Defense 17:1,25
degree 9:6 17:10

denies 20:22
departing 5:21
Department 24:8
depending 16:15
depicted 12:9 18:19
deportation 7:10
  25:17
deported 6:24 7:4
  25:13,18 27:1
DEPUTY 3:19,21
  4:2
despite 17:10
detained 18:4
detainer 6:24 7:5,6
  7:13,18,18 25:18
  29:13 34:8
detention 1:6 4:10
  10:13 31:9
determination
  28:19
determine 29:6
determined 7:2
deterrent 15:22
dialects 3:2
died 31:23
difference 16:3
  17:20
different 16:23
  17:3,3,12,23
  18:12,19,22 19:9
  27:19
difficult 30:25
directed 32:15
directly 10:10
  17:14,24 27:8
  33:10,14
disagree 29:19
DISCLAIMER 3:2
district 1:1,1 5:21
  19:6 33:18
divergent 18:15
documents 3:23 6:5
  6:24 8:18,18
  11:12 18:8 31:20
Doe 20:10 21:14
doing 17:16 29:24
dollars 24:14 25:3

29:10 30:20 32:13
Donald 18:17
Dorley 24:5
dot 30:18
dreadlocks 9:22
dry 22:10
dying 8:21

E

E 2:1 3:1,1
Eastern 1:1 19:6
easy 30:15
Ecomog 20:5
educated 27:14
education 32:20
effort 30:12
egress 19:5
either 5:24 6:8
  10:10 17:14 25:13
electronic 1:24
  24:18 32:15 36:5
elements 21:6
Ellen 20:19 21:14
emails 15:13
emergency 31:11
  33:3
employment 32:19
encouraged 20:23
ends 18:16
Enter 3:15
enticed 20:23
entirely 6:6
equity 14:22 15:8
  16:7 23:15,17
  31:3
equivalent 18:17
  27:9
Erika 1:17 36:4
ESQ 1:9,13
ESR 1:16
estate 24:13 25:3
  29:9
event 12:2 26:22
  33:24
evidence 6:10 7:22
  8:3,13 9:4 14:11
  14:12 15:5 18:1,7

18:8 19:2 25:19
**evidentiary** 5:22
  11:11 28:5
**exact** 20:13
**excellent** 23:10,11
**exceptions** 31:10
**execution** 20:5
**executive** 8:25 9:1
  9:2
**Exhibit** 12:9
**experience** 30:24
**experiences** 24:9
**expertise** 24:13
**extension** 4:7
**ex-husband** 22:11
**E-C-O-M-O-G**
  20:5

**F**

**face** 7:9,9
**faces** 5:1
**facing** 15:9 16:1
**fact** 4:23,24 5:1 6:6
  6:13 7:21 8:13,19
  9:5,19,20 10:11
  10:16 11:13 12:12
  12:15,20,25 13:3
  13:10,15,18,21,24
  14:14,18,24,25
  15:8,9 16:8,23
  17:6,10,20,22,22
  17:23 18:12 21:15
  25:16 27:10 28:23
  28:24 30:3
**faction** 13:21
**factions** 8:21
**facts** 6:4 21:18
**fail** 34:22
**fair** 23:13,13
**familial** 13:7 29:3
**family** 8:9 21:20
  33:15
**far** 14:1 16:5 19:4
  27:7
**father** 31:23
**FDC** 33:1
**feel** 13:8

**fiancé** 12:17
**file** 3:8 4:6
**find** 31:6
**firearms** 32:6,7
  33:19,21
**firm** 11:24
**first** 8:22 10:20
  15:4 17:7 19:18
  19:19 22:4 27:4
**fit** 20:15
**five** 22:6
**FL** 1:14
**fleeing** 15:22
**flight** 7:22 15:19,20
  28:7,8,9,11 30:7
**flogged** 11:25 21:2
**follow** 34:18
**force** 17:15
**forced** 20:6
**forces** 13:18 30:6
**forcing** 11:22
**foregoing** 36:4
**forehead** 9:21
**form** 9:4
**formal** 3:15
**former** 20:10 22:15
  23:16
**forms** 8:15 14:9
**forth** 17:18
**found** 10:9 14:12
  17:8 29:23
**four** 12:18 18:4
  22:4,6,7,17 23:16
**fraud** 3:23 4:25
  5:23 6:5,23 11:11
  11:12
**free** 7:24
**friend** 22:16
**friends** 22:5,7,8,17
**front** 8:16 13:19
  15:6 17:2,9 23:18
  25:20

**G**

**G** 3:1
**genocide** 20:12,24
**gentlemen** 12:13

**getting** 25:13 26:3
  26:4,6
**Gillem** 6:15
**Gillen** 12:25
**girls** 20:6
**give** 22:2 34:17
**Given** 21:18,18
**go** 6:14 7:17 12:3
  31:24 32:11,12
  33:3
**goes** 26:19
**going** 5:8 6:9 9:5
  14:19 16:14 19:2
  19:4 24:24 25:2
  25:14,14,18,19,21
  25:23 26:23 29:11
  30:13,15,17 31:1
  31:6 32:16,22
  33:1,7 34:6,8,10
  35:1
**good** 3:6,7,10,11
  12:12 13:15 14:2
  14:23,24 16:22
  28:10 30:10 35:7
**gotten** 14:14 15:13
**government** 1:9
  4:24 6:7 7:1 8:13
  9:3,8 12:9 15:24
  17:15 18:6,24,25
  19:24 20:11 23:25
  27:18
**Government's** 4:9
  7:23 12:19
**gpagano@pagan...**
  1:15
**Grand** 7:2 10:9
  14:12 15:6 29:22
**GREGORY** 1:13
  1:13
**ground** 28:7
**group** 8:20
**guarantee** 25:11
  28:13 29:8
**guess** 11:13
**guideline** 5:13
**guidelines** 5:4,5
**guilty** 3:15,25,25

4:1,3 5:20

**H**

**hairline** 9:21
**happened** 18:14
**happens** 31:4
**healthier** 11:25
  12:3
**heavily** 30:5
**heck** 16:2
**heinous** 20:1
**hey** 31:5
**he'll** 25:5 27:1 30:8
**high** 22:10
**Hinler** 28:3
**historical** 27:5,5
**history** 5:13 20:4
**Hold** 34:12
**home** 23:15,18 24:6
  31:9 32:23
**homes** 14:23 15:8
  23:22
**honest** 14:6,7,17
**honor** 3:6,10,14
  4:11,15,21,25 5:7
  5:12 6:11,17 7:4,7
  8:1,6 9:8,13,18
  10:5,14,16 11:3,5
  12:11,22,23 13:13
  14:5,11,21 15:12
  16:21 19:8,12
  20:17 21:16 22:19
  25:12 26:1 29:16
  30:1,6,8 32:5,10
  32:17 33:6,11
  35:5,7
**HONORABLE** 1:7
**hour** 29:10 31:9
**hours** 24:20 25:2
  25:24
**house** 24:16,24
  25:2 29:10 33:19
**how's** 25:23
**human** 14:1
**humanitarian** 20:8

**I**

**ICE** 7:5,6,12,17,18
  25:18 29:12,13
  34:8
**identical** 19:20
**identified** 11:7
  12:17
**identifying** 12:8
**identity** 33:12
**illegally** 22:14
**immigration** 3:23
  6:5,23 8:14,18,18
  8:19 10:8 11:12
  14:17,18 17:3
  25:20 34:11
**important** 16:9,11
**impose** 28:13
**imprisonment** 5:2
  5:15 6:20
**inclined** 29:21
  31:17
**includes** 5:23 15:15
**including** 17:11
**incredibly** 19:4
**indicates** 8:23
**indictment** 3:22 9:5
  10:12 11:10 19:24
  21:1
**indictments** 19:20
  27:3
**indirectly** 17:14,25
  27:9 33:11,14
**indiscernible** 3:3
  8:1 9:11 13:21
  14:16 18:8 19:3
  27:17 28:24
**individual** 15:3
  18:19 28:15
**individuals** 13:17
  14:25 18:2,2
**indulgence** 5:10
  19:25
**industrial** 12:4
**infrastructure**
  26:20
**ingress** 19:5
**initially** 8:14 18:4
**instance** 17:13

interest 16:13
interesting 13:14
interim 9:3
intermediaries
 33:15
international 18:7
 18:8 21:7 26:16
 26:16
interviewed 6:15
 8:14 11:6 17:17
intrigue 21:8
introduce 6:10
Investigation 12:16
investigator 33:23
investment 23:20
involve 27:25
involved 10:25 15:3
 15:4,24,25 20:13
 28:6 29:22,23
involving 16:19
issue 15:17,18,20
issues 15:21
i's 30:18

**J**
J 1:13,13
Jabbah 4:22 10:6,7
 10:8,17 11:8,9,20
 12:8
Jabbateh 1:5 3:5
 3:19 4:22 6:8
 8:15 9:14 10:1,6
 10:16 11:7,8 12:3
 12:5,11 13:21
 14:14,24 15:1,2
 15:18,25 17:22
 19:7 26:17 30:13
 31:10 32:12 33:7
 34:14
Jabbateh's 11:25
 17:4,12
jail 18:10 26:25
Johnson 20:19
 21:14
JR 1:9
judge 1:7 4:4,5,6
 10:3 19:15 20:14

20:22 21:6 22:13
 22:24 23:20 24:11
 24:19,23 25:20
 30:16,21 31:20
 33:1,22
judges 5:21
June 36:8
Jungle 4:22 10:6,7
 10:8,17 11:8,9,20
 12:8
Jury 7:2 10:9 14:12
 15:6 29:23

**K**
K 11:15
keep 15:9 30:2
kids 28:16
killed 11:18
killing 20:5
know 10:23,24
 13:14,17 14:8,15
 16:5,5,6 19:18
 21:4,5,10,13,24
 23:24 25:1 30:3
 31:1 33:15 34:4
knowledge 24:1
known 4:22 8:20
 10:7 11:8 33:7
Kwpop 11:15,16,16

**L**
ladies 12:12
laid 23:7
land 23:1,3,9,12
Landsdowne 32:18
language 19:23
large 13:25 23:1
law 29:8
leader 18:20,21
leading 9:7
learn 33:12
leave 29:11 31:10
 32:19,20,20 33:3
 33:4
leaves 26:5
leaving 26:9
left 8:9 12:20,21

22:9 31:21
legal 17:5,6,19
 27:13,15,24
Legrome 4:5
length 18:6
letter 23:9
Let's 3:11 7:15
 32:11
level 5:14
Liberia 4:23 6:14
 8:8,9,21 11:6
 13:12,14,18,19,24
 17:2,9 20:18
 21:15 26:19 28:17
 31:23
Liberian 10:20
Liberia's 8:22
liberty 16:13
life 16:17
light 7:7
likelihood 25:12,18
 26:23
limit 21:21
lines 11:23,23
LINWOOD 1:9
list 15:13,15
literally 17:16
little 24:15 30:24
live 23:16,21
lived 22:20
living 13:16,24
locked 25:24
lodged 6:25 7:5,6
logical 10:25
logically 28:9
long 16:16
look 9:19,19,19
looking 25:15,16
looks 12:15 23:3
lose 23:22
lot 5:18 13:13 16:2
loyal 20:10
loyalists 21:13
l.c.wright@usdoj...
 1:12

**M**

magistrate 1:7
 30:16
making 28:19
man 7:24 19:6
 23:22
Mandigo 20:9
mansion 8:25 9:2,2
market 1:21 23:14
married 13:9 28:17
Marshals 35:8
matter 6:13 9:19
 14:18 26:7,15
 27:6 30:3 36:6
maximum 5:2 6:19
ma'am 3:20
mean 7:14 10:23
 15:11,17 16:4
 28:1,14,20
meaning 14:3
means 31:2
medical 31:11
 32:21 33:3
Melrose 32:16,18
member 8:20 13:22
 13:22 20:9
members 8:9 33:15
memoranda 19:23
men 11:25
mention 8:7 13:2,2
 20:25
microphone 3:3
middle 9:18 22:10
Mid-Atlantic 1:20
military 20:2
million 24:14 25:3
 29:10 30:20 31:8
 32:13
Minister 17:1,25
misrepresentations
 17:11 18:14
mission 13:25
misstatements 14:8
 14:9
Mohammed 1:5
 3:19 4:21
moments 8:1
money 23:5 24:1,6

25:14,21 30:2
monitoring 24:18
 32:15
month 22:18 23:5
months 5:14 12:18
mortgage 23:5,10
mortgages 12:20
mother 22:9,18
motion 4:7 10:13
motives 21:10
mouth 24:2
move 4:9 27:20,20
 28:7
moved 28:7,8
multiple 22:19
murder 20:7

**N**
N 2:1 3:1
name 20:19
named 10:17
names 22:1
national 1:19 13:19
 17:2,8,9
Nations 13:25
native 4:22
nature 5:19 18:7
 19:1
necessarily 8:8
 10:24 30:2
necessary 34:1
need 32:24
never 17:13,14
 21:15,16 26:6
 31:21
new 34:22
Newton 1:17 36:4
night 22:10
nine 12:17
normally 31:4
note 19:16 27:21
noted 3:3
notice 8:6
noticeable 8:17
notify 3:17
NPFL 20:8,10
number 11:6 12:10

13:4 14:6,7,8
17:21,24 18:4,18
28:21,21,21,22
**numbers** 28:24
**numerous** 6:15

## O

**O** 3:1
**objection** 10:21
**obtain** 31:17
**obvious** 21:19
**obviously** 23:23
**occasion** 6:14 12:23
**occurred** 12:7 21:5
**Office** 1:9 24:9
**officer** 14:10,18
**officers** 8:14,19
14:17
**official** 36:5
**Oh** 16:22 30:23
31:18 33:25
**okay** 4:19 5:16 6:9
6:12,18 8:4 10:4
14:20 18:25 22:3
31:22 33:21 35:4
**old** 12:18 16:10
19:6 22:18 27:13
**older** 11:23,25 16:8
16:9 17:21
**once** 34:3,4
**operates** 23:1
**Operator** 1:16
**opportunity** 6:14
28:15
**opposed** 19:7
**orally** 14:10
**order** 3:4 11:14
30:13 34:5
**ordered** 6:8 10:11
12:3 18:5 20:23
21:3
**ordering** 11:1 18:1
25:4
**ordinarily** 5:3 26:3
26:9,19
**outlined** 9:5 10:12
10:12 11:10

**outraged** 11:20
**overthrow** 17:14
**owners** 23:19 31:5
31:9
**ownership** 31:3
**owns** 22:25 23:15

## P

**P** 3:1
**PA** 1:3,11,14,22
**packed** 12:19
**Pagano** 1:13,13 2:7
3:5,6,8,14 4:7,8
4:17,18 5:8 10:2,3
10:22,23 15:12
16:18 19:13,14,15
19:18 22:4,24
24:18,21,23,25
25:4 30:15,21,24
31:12,20,23 32:2
32:8,17,24 33:1
33:13,17,22 34:1
**paperwork** 34:11
**paragraph** 27:4
**paragraphs** 19:19
**parcel** 23:3
**Pardon** 29:1
**part** 8:3 20:24 27:5
**participate** 11:9
**participated** 10:11
11:9 20:23
**particular** 20:8
**particularly** 20:1
**party** 20:20
**passport** 26:4,12
26:14 31:17,18,19
31:25 32:3
**patience** 19:11
**Patriotic** 13:19
17:2,9
**pay** 29:11
**paying** 23:5
**pays** 12:20 23:10
**PC** 1:13
**peace** 27:17
**peacekeepers** 14:1
20:6

**penalty** 5:2
**pending** 18:10
30:13 34:6
**PENNSYLVANIA**
1:1
**people** 8:15 15:14
21:2,20,21,23,24
22:1,13,21 23:21
23:22,23 26:7,14
28:22,25 29:2,9
31:8
**perceived** 20:3,10
**period** 8:24
**perjury** 3:24 6:5,23
11:11
**permanent** 17:5,6
17:19 27:13,15
**permission** 5:7 8:2
**permitted** 33:23
**person** 20:19 22:5
23:6,8,10
**personally** 6:8
17:24 18:1
**persons** 22:4,5
**PG** 2:3
**ph** 6:15 11:15
12:25 24:5,5 28:3
**Philadelphia** 1:3,11
1:14,22 23:1,2,17
24:4,8
**photograph** 9:13
18:20
**place** 13:14
**placed** 18:25
**places** 12:13
**Plaintiff** 1:3
**plea** 3:15 4:4
**plead** 3:25
**pleadings** 19:20
**pleas** 5:20
**pledge** 29:9
**point** 8:2 21:9
28:23 33:6 34:5
**political** 20:4 21:8
**politically** 21:11
**politics** 21:12
**portion** 30:4

**position** 7:23 17:23
**positon** 29:18
**possibility** 6:22,25
7:3
**possible** 6:19
**post** 22:21 24:2
31:9
**posted** 34:7
**posting** 30:14
**pounds** 9:22
**power** 20:18 21:14
**preliminarily**
24:12
**premises** 31:11
**preponderance**
7:22
**presented** 14:13
25:19
**Presentence** 12:15
26:17
**president** 17:8
20:19
**presume** 21:9
**presumption** 4:10
**Pretrial** 8:3 26:18
28:15,18 30:19
32:5,15 33:2,4
34:3,4
**previous** 12:18
**price** 23:4,13
**primarily** 13:20
**prison** 7:9 15:9
16:1 34:23 35:2
**probabilities** 14:13
15:6
**probable** 7:3 10:10
14:13 29:23
**probably** 15:15
24:7,14
**problem** 26:2,6,9,9
**proceed** 4:12,14
**Proceeding** 35:9
**proceedings** 1:24
36:6
**procured** 4:25
**produced** 1:25
**proffer** 4:14 19:9

**proof** 31:3,3 34:7
**properties** 15:21
16:2,5,6,7 20:16
22:24 23:18,20,21
23:22 24:2,10
30:19 34:3,7
**property** 16:12
22:23,25,25 23:15
24:3,7,15 25:21
30:14 32:13
**prosecutor** 16:20
**prove** 6:4,10 7:21
15:25 28:1
**proven** 5:23,24
**punished** 11:22
**purchase** 23:4,13
**purchased** 23:3
**purportedly** 11:21
17:7
**put** 9:22 19:4 23:4
24:1,5 25:3 29:10
30:12
**p.m** 1:4,4 35:9

## Q

**question** 16:4 20:17
20:18 28:12
**quoted** 19:22

## R

**R** 1:7 3:1
**radio** 17:17
**rape** 20:6
**read** 21:25
**reading** 3:15
**real** 6:21,25 7:3
17:11 18:15 24:13
25:3,17 26:22
29:9
**reality** 16:7 26:4
**reason** 13:8
**reasonably** 29:7,8
**reasons** 30:1,6
**rebel** 8:21 9:15
18:21
**rebels** 11:14,15
**rebirth** 17:9

recipient 4:24 6:21
  14:16 26:5
recitation 21:1
recited 34:15
recommendation
  14:19
reconciliation
  13:15
recorded 1:24
recording 1:24
  36:5
records 23:2
reflected 27:5
reflecting 23:9
Reform 30:4
regard 6:19 8:12
  8:17 11:7 12:10
  14:22,22 15:6
  18:14 19:3 27:2
  27:17,19
regardless 6:25
regime 13:12 18:18
Region 1:20
relationship 22:1
relationships 13:7
  29:4
release 7:15 18:5,6
  20:15 34:5
released 25:2 30:13
  31:2 35:1
relevant 8:24
remain 7:8 34:6
remarkable 29:24
remove 12:4
removed 12:7
replete 6:5
report 8:3 12:16
  26:18 28:18 32:14
Reporting 1:19
reports 19:5
representation
  17:13 21:4 23:13
representative
  27:18
reputation 23:11
requirements
  24:10 30:14,17

32:14
reside 32:16
residence 27:15
resident 17:5,6,19
  27:14
residing 8:10,10
resolved 5:20
respectfully 4:21
  29:19
responses 21:19
responsible 27:9
restricted 32:19
  33:18
result 4:23 10:19
  25:17
review 3:12
revoked 35:1
RICE 1:7
right 3:11,16 4:3,9
  4:12,16 9:21
  13:16 19:10 25:10
  30:10 31:15 32:25
  33:8,12 34:2,9,17
  34:21 35:4
risk 7:22 15:19,20
  27:16,20 28:7,8,9
  28:11 30:3,7
river 11:19 12:4,5
role 14:6
route 11:16
RULING 2:8 30:9
Rumsfeld 18:17
  27:10
run 29:15

—— S ——

S 3:1
sale 23:7
satisfaction 30:14
satisfied 31:2 34:4
satisfies 24:9
satisfy 30:18
saw 12:4,6 14:22
  20:15 26:17
says 9:1,3,14 11:13
  28:4 29:8 30:3
scar 9:20

scars 12:2
school 17:23
search 23:2
seated 4:2 19:17
second 7:10,11,23
  27:1 34:13
section 3:22,24 8:7
secured 20:15
  32:13
see 7:20 12:12 16:8
seen 12:21,22 22:10
sees 10:18
sense 22:2
sent 23:9
sentence 6:20 7:9
  15:10 16:1,16
service 1:25
Services 8:3 26:18
  28:15,18 32:5,15
  33:2,5
Settles 3:16
seven 12:23 13:2,9
  19:19 28:16
sevens 28:16
seventh 22:5
sexual 20:6
sheet 21:25
shipping 26:18
ships 26:19
shocked 11:4
show 9:5 18:1
  23:23
showed 15:14
  21:24
shy 5:21
sic 12:18
sides 30:11
sign 12:7,8 21:24
  34:12
signed 8:15
significant 26:25
significantly 17:21
silent 9:6 11:16
similar 18:13 27:3
similarities 19:15
  27:2
similarity 18:15,16

simply 14:7 15:8
  29:21
single 20:25
sir 3:17 19:17 25:6
  25:7,9 33:20 34:6
  34:16,20,20,24
  35:3
Sirleaf 20:19 21:14
sister 22:8
six 19:19 22:5,6
size 21:21
slavery 20:6
small 33:15
sold 23:6,8
soldiers 11:18 20:7
Somalo 24:5
somewhat 27:3
son 22:8 28:21,21
sooner 26:22
sort 15:4,24 18:12
  29:22 32:9
sought 14:5
sound 1:24 36:5
Special 6:15 12:25
specific 21:1
specifically 19:23
  20:18
spend 26:24
spending 26:25
split 13:20
standard 31:16
  32:4
start 3:11 17:6
States 1:1,2,7 6:16
  7:8 13:5 22:14
  31:21
statesman 27:17
status 4:24 6:20
  13:4,11 14:14
  17:2,3
stay 18:10 24:24
  25:2
staying 7:19
step 3:8 7:11,11,24
  27:1
Street 1:10,14,21
strength 8:12

strict 19:4
strong 8:13
stronghold 9:16
subject 34:22
subjects 5:14
submission 14:22
submit 24:6
substantial 15:9
  16:1
sufficient 30:19
  31:3
suggest 5:17 7:7
  10:9 13:6 14:5,11
  14:21 15:2,23
  16:12 17:20 19:8
  25:13 26:15,20,24
  27:12 28:8,14
  30:2
Suite 1:10,21
summary 11:13
support 14:24,25
  22:11
supporter 20:20
supposed 26:14
sure 5:8,11 19:13
  32:12
swore 8:16

—— T ——

take 5:11 19:2
  26:24
taken 9:15 30:5
talk 7:25 34:3
talked 28:20
talking 15:11 16:13
  16:13 18:16 27:4
talks 12:16 13:7
  27:17
tapes 17:16
targeted 20:8
task 30:15
Taylor 17:8 18:18
  18:18 20:20 21:14
tell 5:8 10:7 16:18
  16:25 28:15
telling 13:6
tellingly 9:4

| | | | | |
|---|---|---|---|---|
| **terms** 19:15,22 | **tribunal** 21:16 | **V** | **wife** 12:24 13:1,8 | **X** |
| **testify** 6:17 14:19 16:14 21:9 | **tried** 5:19 13:3 28:23 | **V** 1:4 | 22:15 23:16 28:16 28:22 | **X** 2:1 9:4 |
| **thank** 4:8 19:10,11 19:13 30:10 35:5 35:6,6 | **truck** 11:17,18 12:4 **truth** 13:14 **try** 31:17 | **value** 23:14 30:20 32:14 **variances** 5:22 | **willing** 14:25 24:1 25:8 | **Y** **Y** 9:4 |
| **Thanks** 9:12 35:8 | **Tubmanburg** 9:15 | **various** 13:9 | **witness** 3:2 12:2 | **yeah** 5:5 9:12 16:25 |
| **thereabouts** 8:24 | **twice** 30:21 | **vehemently** 20:22 | **witnessed** 11:9 | 31:18 32:11 |
| **thing** 32:10 | **two** 3:23,23,24 | **verified** 31:9 | **witnesses** 5:24 6:16 | **year** 19:6 |
| **things** 8:6,17 20:13 20:14 | 11:23 14:7 17:21 18:18,22 19:19 | **verifies** 33:2 **Veritext** 1:19 | 11:6,6 16:14 21:13 33:7,11,13 | **years** 5:2 6:20 13:3 16:17,17,17 21:17 |
| **think** 14:17,23,23 15:14 18:9 21:17 | 20:15 22:4,6,7 **type** 12:4 | **viewed** 30:5 **villagers** 11:21,22 | 33:23 **Woewiyu** 16:19,20 | 21:17 22:20 27:13 34:23 |
| 21:22 22:20 28:9 29:9,17 30:7,16 | **t's** 30:18 | 11:24,25,25 12:1 12:3,6 | 17:1,5,12 18:13 20:1,14 27:3,8 | **younger** 9:25 11:24 12:1 |
| 34:2 | **U** | **violation** 3:22 | **Woewiyu's** 19:21 | **youthful** 9:14,25 |
| **Third** 28:3 | **ULIMO** 8:20 9:10 | **violence** 11:1,1 | **woman** 12:17,18 | **Z** |
| **three** 17:24 22:4,6 22:7 | 9:10,16 13:20 **ULIMO-K** 8:20 | 17:15 27:25 **violent** 28:6 | 22:9,12 **women** 20:7 | **Z** 9:4 |
| **ties** 7:25,25 8:5,6,7 12:10,11,14 13:10 | 11:14,15,17,18 13:20,20,20,23 | **virtually** 9:7 **vis-a-vis** 13:11 | **woods** 11:15 **word** 34:17 | **Zebra** 9:9 10:19 13:23 |
| 21:19 22:2,19 30:4 | **uncle** 22:6 **underlying** 6:4 | **W** | **work** 24:22,25 31:12 | **$** **$100,000** 20:15 |
| **time** 5:11 8:24 9:9 18:7 19:2 23:10 | 11:11 **understand** 5:3 | **waiting** 27:1 **waive** 3:14 | **workers** 20:8 **worse** 27:11 | **$200,000** 23:15 **$250,000** 24:6 |
| 25:16 26:24,25 33:7 | 25:6 28:11 29:17 29:20 34:14,21,25 | **waived** 32:14 **waiver** 30:17 | **worth** 16:6,17 22:23 23:12 24:4 | **$50,000** 23:4,17 **$500,000** 23:4,14 |
| **times** 32:19 **TIMOTHY** 1:7 | 35:2 **understanding** | **Walnut** 1:14 **want** 4:12 | 24:7 29:9 **Wright** 1:9 2:6 | 24:4 **$600,000** 31:5 |
| **today** 7:16 12:13 15:14 21:1,20 | 8:10 12:19,20 **understands** 26:2 | **wanted** 21:20 **wants** 26:21 | 3:10 4:4,5,11,13 4:14,20,21 5:6,10 | **1** |
| **told** 12:6 21:20 | 32:12 | **war** 8:22 10:20 | 5:12,17 6:3,11,13 | **1** 5:13 28:21 |
| **Tom** 16:19 17:1 | **Unintelligible** 3:2 | 15:5 17:7 18:15 | 6:19 7:6,14,17,21 | **1-888-777-66900** |
| **torture** 20:3 | **unique** 15:3 | 19:22 20:12 21:11 | 8:5 9:13,18,24 | 1:23 |
| **total** 14:12 30:20 | **United** 1:1,2,7 6:16 | 27:15 | 10:5,16 11:2,5 | **1:53** 1:4 |
| **Town** 11:15,16,16 | 7:8 13:5,25 22:14 | **Wardlaw** 1:16 | 13:13 14:4,21 | **10** 16:17 34:23 |
| **townspeople** 11:14 | 31:21 | **wartime** 5:25 6:1,3 | 15:18,20,23 16:11 | **100** 21:19 |
| **tract** 23:1,12 | **unquestionable** | 6:6,7,17 | 16:20,23 17:1 | **12** 15:11 |
| **trained** 9:1 | 12:11 | **wasn't** 17:25 | 19:11,21 23:24 | **12th** 1:14 |
| **Transcriber** 1:17 | **unreasonable** | **watching** 25:24 | 25:10,12 26:1,13 | **1250** 1:10 |
| **transcript** 1:6,24 36:5 | 29:18 **unsuccessfully** 13:5 | **way** 4:14 25:13 **weak** 11:21 | 27:12,23 28:1,5 28:14 29:1,3,13 | **13** 15:11 **1315** 1:14 |
| **transcription** 1:25 | **unused** 29:24 | **weight** 11:17 | 29:16,21 30:1,18 | **14** 15:15 22:21 |
| **travel** 31:20 33:18 | **upward** 5:21,22 | **went** 17:23 | 31:14,16 32:4,7,9 | **1546** 3:22 |
| **treatment** 32:21 | **U.S** 1:9 22:15,16 | **we'll** 3:14,16 7:25 | 33:6,9 34:4,9 35:5 | **1621** 3:24 |
| **trial** 6:9 9:5 | **U.S.C** 3:22,24 | 8:5 | 35:6,7 | **1688** 3:22 |
| **tribes** 20:10 | | **we're** 15:14,15 18:16 31:6 | **wrote** 27:3 | **17** 15:15,21 29:9 |

**177** 32:18
**18** 1:4 3:22,24
   15:16 21:17
**1800** 1:21
**1801** 1:21
**19** 2:7
**19103** 1:22
**19107** 1:14
**19312** 1:11
**1992** 8:24 9:2
**1993** 9:7,15
**1995** 8:24 9:3
**1998** 4:25 14:4
   31:21

**2**

**2** 12:9 28:21 36:8
**2:16-cr-00088-L...**
   1:2
**2:37** 1:4 35:9
**20** 16:17 21:17,22
**2014** 18:10
**2016** 1:4 36:8
**215** 1:11,15
**24** 24:20 25:2,24
   29:10 31:9
**24/7** 24:21
**25** 5:14 21:21

**3**

**3** 2:5 12:10 28:21
**30** 2:8 5:2 6:20 11:6
   16:17 21:22

**4**

**4** 2:6 28:22
**49** 22:20

**5**

**50** 17:15,16
**51** 5:14

**6**

**615** 1:10
**636-0160** 1:15

**7**

**7** 4:6

**70** 19:6 27:13
**70s** 17:22 27:14,16
**71** 5:14

**8**

**861-8512** 1:11

**9**

**9** 22:18
**94** 9:7
**95** 9:7