

JAB000191