*Please Docket*



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Linwood C. Wright, Jr.* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8512* | *Suite 1250* |
| *Facsimile: (215) 861-8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: l.c.wright@usdoj.gov* | *(215) 861-8200* |

November 20, 2017

Honorable Paul S. Diamond
Judge, United States District Court
14614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

FILED
DEC - 4 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

    Re:    *United States v. Mohammed Jabbateh*
            Criminal Action No. 16-cr-88

Dear Judge Diamond:

    This is to request a continuance of sentencing date in the above-referenced case. Sentencing is currently scheduled to take place on Thursday, January 18, 2018 at 2:00 p.m.

    This request is necessitated by the fact that government counsel, L.C. Wright, Jr., is obligated to be out of state from January 17 through the end of that week. We respectfully request that the sentencing hearing be continued to a date that is convenient to the Court and defense counsel.

    Counsel for the defendant, Gregory Pagano, has authorized us to represent that he has no objection to the granting of this request.

    Thank you for your kind consideration of our request.

                                                        Respectfully yours,

                                                       /s/ *Linwood C. Wright, Jr.*
                                                       LINWOOD C. WRIGHT, JR.
                                                       NELSON S.T. THAYER, JR.
                                                       Assistant United States Attorneys

cc: Gregory J. Pagano, Esquire