

GOVERNMENT EXHIBIT A4