IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No.: 16-88 |
| : | |
| MOHAMMED JABATEH : | |

## **ORDER**

**AND NOW,** this _____ day of _____, 2018, it is hereby ORDERED and DECREED that the transcript of the September 29, 2018 proceeding be unsealed and sent to Attorney Gregory Pagano and resealed to the public.

BY THE COURT:

_____
J.