# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 16-88** |
| | : | |
| **MOHAMMED JABATEH** | : | |

# O R D E R

**AND NOW**, this 19th day of October, 2024, it is **ORDERED** that Petitioner's § 2255 Motion is **DENIED**. Because Defendant has not made a substantial showing of the denial of a constitutional right, there are no grounds on which to issue a certificate of appealability.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.